**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARRY PANGEMANAN, MARIYANA SUNARTO, ROBY SANGER, GUNAWAN ONGKOWIJOYO LIEM, individually and on behalf of all others similarly situated, | |
| Petitioners/Plaintiffs, | Civil Action No. 18-1510 (ES) |
| v. | ORDER |
| JOHN TSOUKARIS, Newark Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, MATTHEW ALBENCE, Executive Associate Director For Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, THOMAS D. HOMAN, Acting Director of U.S. Immigration and Customs Enforcement, KIRSTJEN M. NIELSEN, Secretary of the U.S. Department of Homeland Security, JEFFERSON B. SESSIONS, Attorney General of the United States, CHARLES L. GREEN, Warden, Essex County Correctional Facility and ORLANDO RODRIGUEZ, Warden, Elizabeth Detention Center, | |
| Respondents/Defendants. | |

SALAS, DISTRICT JUDGE

This matter having come before the Court upon Petitioners/Plaintiffs' Motion for a Temporary Restraining Order and Stay of Removal; and the Court having carefully reviewed all submissions made in support of the Motion; and Petitioners/Plaintiffs and Respondents/

Defendants having appeared before this Court on February 2, 2018; and the Court having considered the parties' arguments in open court on February 2, 2018; and the Court finding that an order is necessary to maintain the status quo until the Court determines whether it has jurisdiction over this matter, *see United States v. United Mine Workers of Am.*, 330 U.S. 258, 290 (1947); and for the reasons stated on the record and good cause having been shown,

IT IS on this 2nd day of February 2018,

**ORDERED** that Respondents/Defendants are hereby temporarily enjoined and prohibited from removing or causing the removal—or transferring or causing the transfer—from the United States of all named Petitioners/Plaintiffs in this action who have final orders of removal, who have been, or will be, arrested, detained or removed by ICE; and it is further

**ORDERED** that any such removals or transfers now pending are hereby STAYED and shall NOT proceed until further Order of this Court; and it is further

**ORDERED** that this Order shall apply to the removal of Petitioners/Plaintiffs and all members of the proposed class, defined as: All Indonesian nationals within the jurisdiction of the Newark ICE Field Office, with administratively final orders of removal predating 2009 and were subject to an order of supervision; and it is further

**ORDERED** that bifurcation is necessary such that issues of jurisdiction are determined first before proceeding to the merits; and it is further

**ORDERED** that Petitioners/Plaintiffs shall file an opening brief concerning jurisdiction by February 16, 2018; and it is further

**ORDERED** that Respondents/Defendants shall file a responsive brief concerning jurisdiction by March 2, 2018; and it is further

**ORDERED** that Petitioners/Plaintiffs shall file a reply brief concerning jurisdiction by March 9, 2018; and it is further

**ORDERED** that the Court will hold an in-person status conference, if necessary, within 7 days of issuing its Order concerning jurisdiction.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**