UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

HARRY PANGEMANAN, et al.,

                Petitioners/Plaintiffs,

v.

JOHN TSOUKARIS, et al.

                Respondents/Defendants.

Civil Action No. 18-1510 (ES)

## ORDER ADMITTING COUNSEL PRO HAC VICE

      **THIS MATTER** having been brought before the Court by Steven C. Herzog, Esq., counsel for Petitioners/Plaintiffs, on application for an Order allowing Makiko Hiromi, Esq., to appear and participate *pro hac vice* [Docket Entry No. 40]; and the Court having considered the moving papers; and this matter being considered pursuant to FED. R. CIV. P. 78, and for good cause shown;

      It is on this 17th day of May, 2021,

      **ORDERED** that Makiko Hiromi, Esq., a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter as counsel for Petitioners/Plaintiffs pursuant to L. Civ. R. 101.1(c); and it is further

      **ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by Steven C. Herzog, Esq., or other co-counsel who are admitted to the Bar of this Court and Steven C. Herzog shall be held responsible for said papers and for the conduct of the case and will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Makiko Hiromi, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order, unless previously paid for the current calendar year; and it is further

**ORDERED** that Makiko Hiromi, Esq., shall make payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that Makiko Hiromi, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Makiko Hiromi, Esq., may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

**IT IS SO ORDERED:**

DATED this __17th__ day of _____May_____, 2021.

/s/Esther Salas
Esther Salas
United States District Court Judge